Edna BROWNING, Claimant/Appellant,

v.

NATIONAL SUPER MARKETS, Employer/Respondent.

No. 51831.

Missouri Court of Appeals, Eastern District, Division Two.

July 21, 1987.

Harry J. Nichols, St. Louis, for claimant/appellant.

John J. Riley, Clayton, for employer/respondent.

## ORDER

PER CURIAM.

Claimant appeals from a denial of worker's compensation benefits by the Labor and Industrial Relations Commission on her claim of permanent and total disability resulting from an occupational disease. An opinion would have no precedential value. The parties have been furnished with a memorandum setting forth the reasons for affirmance.

Judgment affirmed. Rule 84.16(b)